Memorandum. The judgments of the Appellate Division should be affirmed,, without costs. A claim of a denial of a speedy trial is not cognizable in an application pursuant to CPLB article 78 for a judgment prohibiting a District Attorney and the Justices of the Supreme Court from proceeding on an indictment.
 
 (Matter of Watts
 
 v.
 
 Supreme Ct. of State of N. Y.,
 
 28 N Y 2d 714;
 
 Matter of Lee
 
 v.
 
 County Ct. of Erie
 
 County, 27 N Y 2d 432, 437;
 
 Matter of Blake
 
 v.
 
 Hogan,
 
 25 N Y 2d 747.) While a double jeopardy claim may be raised in a prohibition proceeding
 
 (Matter of State of New York
 
 v. King,
 
 *706
 
 36 N Y 2d 59, at p. 64;
 
 Matter of Kraemer
 
 v.
 
 County Ct. of Suffolk County,
 
 6 N Y 2d 363), this petition should nevertheless be denied. The petitioner was not placed in jeopardy despite the fact that three jurors had been sworn before a mistrial was declared. (CPL 40.30, subd. 1, par. [b].)
 

 Chief Judge Breitel and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Cooke concur in memorandum.
 

 Judgments affirmed.